JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TAI FUNG BANK LIMITED, a Macau banking corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>SHEN HUI, an individual; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. CV 26-239-GW-AJR<br><br><br>**ORDER REMANDING CASE TO STATE COURT** |

[PROPOSED] ORDER
*Tai Fung Bank Limited v. Shen Hui, et al.* Case No. 2:26-cv-00239

## <u>ORDER</u>

The Court has reviewed the Joint Stipulation to Remand Case to State Court submitted by plaintiff TAI FUNG BANK LIMITED and defendant SHEN HUI.

GOOD CAUSE APPEARING, the Court hereby enters this Order remanding the case to state court, the Superior Court of California. Orange County.

**IT IS SO ORDERED.**

Dated: January 26, 2026

_____
HON. GEORGE H. WU,
United States District Judge

[PROPOSED] ORDER
*Tai Fung Bank Limited v. Shen Hui, et al.* Case No. 2:26-cv-00239